JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ONE GLOCK, MODEL 21, CAL. 45 FIREARM, SERIAL NUMBER AAY677US,<br><br>    Defendant. | Case No.: CV 10-1427 DSF(MLGx)<br><br>JUDGMENT |

    After considering the briefing and evidence submitted, the Court granted Plaintiff's motion for default judgment. Now that a decision has been rendered,

    IT IS ORDERED AND ADJUDGED that all right, title, and interest of potential claimants in and to the defendant firearm are condemned and forfeited to the United States of America.

Dated: 8/10/10

_____
Dale S. Fischer
United States District Judge